**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

John Drake
9618 W. Hidden Valley Circle N.
Sun City, AZ 85351
SSN: xxx−xx−6609 EIN: N.A.

Case No. :   11−43043
Chapter :    13
Judge :      Donald R. Cassling

Maria L Drake
9618 W. Hidden Valley Circle N.
Sun City, AZ 85351
SSN: xxx−xx−4487 EIN: N.A.
aka Marisa L Drake, fka Marisa Pikowski

---

### NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 13 CASES
### OF REQUIRED DOCUMENTS FOR DISCHARGE

Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must file the following documents in order to receive a discharge.

☑ Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. In joint cases, the form must be completed and filed by each debtor. Please include the certificate number on Official Form 23 or attach the certificate you received from the approved Personal Financial Management Course Provider.

A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

Official Form 23 is available on our website at www.ilnb.uscourts.gov/Forms/

☑ Debtor's Declaration Domestic Support Obligations. In joint cases, the form must be completed and filed by each debtor. The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required documents, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: November 23, 2015

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:
John Drake
Maria L Drake
    Debtors

Case No. 11-43043-DRC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: lhuley    Page 1 of 1    Date Rcvd: Nov 23, 2015
                 Form ID: definm13    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2015.
db/jdb        +John Drake,   Maria L Drake,   9618 W. Hidden Valley Circle N.,   Sun City, AZ 85351-1319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2015                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2015 at the address(es) listed below:
      E. Philip Groben    on behalf of Creditor    West Suburban Bank pgroben@cohenandkrol.com,
       trotman@cohenandkrol.com;jneiman@cohenandkrol.com
      Gina B Krol, ESQ    on behalf of Creditor    West Suburban Bank gkrol@cohenandkrol.com,
       gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
      Glenn B Stearns    mcguckin_m@lisle13.com
      Mohammed O Badwan    on behalf of Debtor John  Drake mbadwan@sulaimanlaw.com,
       mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
      Mohammed O Badwan    on behalf of Joint Debtor Maria L Drake mbadwan@sulaimanlaw.com,
       mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                         TOTAL: 6